UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Creditincome Limited; Creditincome Pension Scheme; Double Plateau Holdings LLC; Gi Rui Co., LTD.; Red White Investment, LTD.; Rui Gi Lou International Co., LTD; Solar Talent International Limited; Springcore LTD,<br>                    Plaintiff<br>v.<br>The Swiss Confederation<br>                    Defendant | )<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>) |

SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

    The Swiss Confederation
    Federal Palace
    Bundesplatz 3, 3003
    Bern, Switzerland

A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Dennis H. Hranitzky
    Quinn Emanuel Urquhart & Sullivan, LLP
    2755 E. Cottonwood Pkwy, Suite 430
    Salt Lake City, UT 84121

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____                                    _____
                                                                Signature of Clerk or Deputy Clerk

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: