UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Creditincome Limited, et al., | |
|---|---|
| -v- | **CLERK'S CERTIFICATE OF MAILING** |
| The Swiss Confederation | Case No.: 1:24-cv-04316-DEH |

I hereby certify under the penalties of perjury that on the 21st day of June 2024, I served defendant The Swiss Confederation at the following address:

> The Swiss Confederation
> Federal Department of Foreign Affairs
> Federal Palace West Wing
> CH-3003 Bern, Switzerland

By dispatching via Federal Express, Tracking No.: 7769 2000 3948, to the Secretary of State, ATTN: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (L/CA/POG/GC)), U.S. Department of State, SA-17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and German):

1. Complaint;
2. Summons;
3. Civil Cover Sheet;
4. Rule 7.1 Statements;
5. Notice of Suit Pursuant to 28 U.S.C. § 1608(a)(4) and 22 C.F.R. § 93.2;
6. Foreign Sovereign Immunities Act of 1976;
7. Affidavits of Translators for each document.

Dated: New York, New York
June 21, 2024

DANIEL ORTIZ
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk