## quinn emanuel trial lawyers | salt lake city

2755 E. Cottonwood Parkway, Suite 430, Salt Lake City, Utah 84121 | TEL (801) 515-7300 FAX (801) 515-7400

**Application GRANTED. The conference scheduled for September 18 and the deadline to submit materials in advance of the conference are ADJOURNED, sine die. Plaintiff shall file a status letter regarding service on September 27, 2024, and every forty-five days thereafter, until Defendant appears in this action. So Ordered.**

Dale E. Ho
United States District Judge
Dated: August 21, 2024
New York, New York

August 21, 2024

**VIA ECF**

Honorable Dale E. Ho
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Creditincome Limited, et al. v. The Swiss Confederation,* (1:24-cv-04316-DEH) — Request to Adjourn the Initial Pretrial Conference

Dear Judge Ho,

We are counsel for Plaintiffs Creditincome Limited; Creditincome Pension Scheme; Double Plateau Holdings LLC; Gi Rui Co., Ltd.; Red White Investment, Ltd.; Rui Gi Lou International Co., Ltd; Solar Talent International Limited; and Springcore Ltd. ("**Plaintiffs**") in the above-referenced action against Defendant The Swiss Confederation ("**Switzerland**").

We write to request an adjournment of the case management conference scheduled for September 18, 2024 [ECF 22] without date until service pursuant to 28 U.S.C. § 1608(a)(4) is made upon Switzerland and Switzerland appears in the action.

The Court's June 10, 2024 Order entitled "Notice of Initial Pretrial Conference" [ECF 16] set an initial pretrial conference for August 7, 2024 at 3:00 P.M. EST. Because Switzerland had not yet been served, this conference was adjourned at Plaintiffs' request and rescheduled for September 18, 2024 at 3:30 P.M. EST, with an order that the parties submit the required conference materials by September 11, 2024. [ECF 19, 22].

Service on Switzerland pursuant to § 1608(a)(4) commenced on June 21, 2024, when the Clerk mailed the service papers to the State Department. [ECF 27]. Plaintiffs' counsel reached out to a contact at the State Department, who confirmed on July 31, 2024 that the service papers are in transit to the U.S. Embassy in Bern. To the best of Plaintiffs' knowledge, § 1608(a)(4) service is still in process.

Switzerland has not yet been served or appeared in this case. Plaintiffs do not know if Switzerland is represented by counsel in this action and therefore cannot participate in a Rule 26(f) conference or prepare the required pretrial conference materials currently due September 11. Accordingly, Plaintiffs respectfully request adjournment of the initial pretrial conference without date pending the completion of service pursuant to 28 U.S.C. § 1608(a)(4) upon Switzerland.

Respectfully submitted,

Dennis H. Hranitzky