# EXHIBIT A



United States Department of State

Washington, D.C. 20520

September 4, 2024

Ruby J. Krajick, Clerk of the Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Creditincome Limited, et al. v. Swiss Confederation*, 1:24-cv-04316-DEH

Dear Ms. Krajick:

I am writing regarding the Court's request for transmittal of a Summons, Complaint (with exhibit), and Notice of Suit to the Swiss Confederation pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

The United States Embassy in Bern, Switzerland transmitted these documents to the Ministry of Foreign Affairs of the Swiss Confederation under cover of diplomatic note No. 78/204, dated and delivered on August 13, 2024. A certified copy of the diplomatic note is enclosed.[1]

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

Cc: Debra O'Gorman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.



*Embassy of the United States of America*

# Certificate of true copy

Confederation of Switzerland  
Bern, Canton of Bern  } SS.
Embassy of the United States  
of America

I, Scott Driskel, Consul in Bern, Switzerland certify that this is a true copy of the Embassy of the United States of America, diplomatic note number 78/2024 dated August 13, 2024, and delivered to the Ministry of Foreign Affairs of the Swiss Confederation on August 13, 2024.

_____  
Signature

**Scott M. Driskel**
**Consul**
_____
Name
Title

Seal

August 13, 2024

No. 78/2024

The Embassy of the United States of America presents its compliments to the Federal Department of Foreign Affairs and refers the Ministry of Foreign Affairs of the Swiss Confederation to the lawsuit **Creditincome Limited, et al. v. Swiss Confederation, 1:24-cv-04316-DEH**, which is pending in the U.S. District Court for the Southern District of New York. The Swiss Confederation is a defendant in this case. The Embassy transmits a Summons and Complaint (with exhibit) herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Swiss Confederation as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Swiss Confederation with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons and Complaint the Embassy is enclosing a Notice of Suit prepared by the plaintiff, which summarizes the nature of the case and includes references to pertinent U.S. laws concerning suits against foreign States, and certain other court documents that the plaintiff has requested be transmitted.

Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States, and certain other court documents that the plaintiff has requested be transmitted. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Summons, Complaint (with exhibit), and Notice of Suit
2. Translations

The Embassy of the United States of America avails itself of this opportunity to renew to the Federal Department of Foreign Affairs of the Swiss Confederation the assurances of its highest consideration.

Embassy of the United States of America
Bern, August 13, 2024





**U.S. Embassy**
BERN, SWITZERLAND
https://ch.usembassy.gov
Customer: CREDITINCOME LTD ET AL
V. SWISS CONFEDERATION
Date: 8/12/2024 9:37:10 AM
Register: ACS Cash
Transaction: 15056516
Tender: U.S. Dollars
Exchange Rate: 1.00USD = 1.000LC

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | CHF 2'275.00 |

Balance          $2,275.00
Amount Paid      $2,275.00
Change           $0.00

CUSTOMER COPY

**ALL TRANSACTIONS ARE
FINAL - NO REFUNDS**

Sensitive But Unclassified (SBU)

68108