**quinn emanuel** trial lawyers | salt lake city

2755 E. Cottonwood Parkway, Suite 430, Salt Lake City, Utah 84121 | TEL (801) 515-7300 FAX (801) 515-7400

WRITER'S DIRECT DIAL NO.
**(801) 515-7333**

WRITER'S EMAIL ADDRESS
dennishranitzky@quinnemanuel.com

September 27, 2024

<u>VIA ECF</u>

Honorable Dale E. Ho
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Creditincome Limited, et al. v. The Swiss Confederation,* (1:24-cv-04316-DEH) — <u>Status Report</u>

Dear Judge Ho,

We are Counsel for Plaintiffs Creditincome Limited; Creditincome Pension Scheme; Double Plateau Holdings LLC; Gi Rui Co., Ltd.; Red White Investment, Ltd.; Rui Gi Lou International Co., Ltd; Solar Talent International Limited; and Springcore Ltd. ("**Plaintiffs**") and write pursuant to Your Honor's August 21, 2024 Order directing Plaintiffs to file a status letter regarding service on Defendant The Swiss Confederation ("**Defendant**") on September 27, 2024. [ECF 29].

On August 21, 2025, Plaintiffs informed Your Honor that service on Defendant commenced on June 21, 2024 when the Clerk mailed the service papers to the United States Department of State. [ECF 28]. We can now advise Your Honor that service on Defendant has been completed. As reflected in the Declaration of Service and the correspondence to the Clerk of the Court, the United States Embassy in Bern served Defendant under cover of diplomatic note to the Ministry of Foreign Affairs of the Swiss Confederation on August 13, 2024, pursuant to 28 U.S.C. § 1608(a)(4). [ECF 30].

We also wish to advise Your Honor that we have been contacted by Defendant's counsel, Wachtell, Lipton, Rosen, & Katz. We are in the process of conferring on a schedule for this matter and expect to be in a position to submit a Stipulation and Proposed Order in the coming days.

Respectfully submitted,

Dennis H. Hranitzky

CC: William Savitt (via email wdsavitt@wlrk.com)
 Anitha Reddy (via email areddy@wlrk.com)