

United States Department of State

Washington, D.C. 20520

September 4, 2024

Ruby J. Krajick, Clerk of the Court
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Creditincome Limited, et al. v. Swiss Confederation*, 1:24-cv-04316-DEH

Dear Ms. Krajick:

I am writing regarding the Court's request for transmittal of a Summons, Complaint (with exhibit), and Notice of Suit to the Swiss Confederation pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

The United States Embassy in Bern, Switzerland transmitted these documents to the Ministry of Foreign Affairs of the Swiss Confederation under cover of diplomatic note No. 78/204, dated and delivered on August 13, 2024. A certified copy of the diplomatic note is enclosed.[1]

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

Cc:   Debra O'Gorman
      Quinn Emanuel Urquhart & Sullivan, LLP
      51 Madison Avenue, 22nd Floor
      New York, NY 10010

---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.