UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREDITINCOME LIMITED, *et al.*,<br><br>                              *Plaintiffs*,<br><br>         v.<br><br>THE SWISS CONFEDERATION,<br><br>                              *Defendant*. | Case No. 24-cv-4316 (DEH) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William Savitt of Wachtell, Lipton, Rosen & Katz hereby enters his appearance as counsel for Defendant The Swiss Confederation. I certify that I am admitted to practice in this Court.

By filing this notice of appearance, Defendant does not waive, and specifically preserves, its right to assert any and all defenses in this matter, including but not limited to defenses that this Court lacks subject-matter jurisdiction and personal jurisdiction over Defendant, and defenses to the recognition and enforcement in Switzerland or in any other foreign jurisdiction of any judgment that may be rendered in this case.

                                                            Respectfully submitted,

Dated: October 4, 2024                    _____
New York, New York                         William Savitt
                                                            Wachtell, Lipton, Rosen & Katz
                                                            51 West 52nd Street
                                                            New York, New York  10019
                                                            Telephone:  (212) 403-1000
                                                            Facsimile:  (212) 403-2000
                                                            Email:  wdsavitt@wlrk.com