# WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

| | | |
|---|---|---|
| MARTIN LIPTON | JEANNEMARIE O'BRIEN | EMIL A. KLEINHAUS |
| HERBERT M. WACHTELL | WAYNE M. CARLIN | KARESSA L. CAIN |
| EDWARD D. HERLIHY | STEPHEN R. DiPRIMA | RONALD C. CHEN |
| DANIEL A. NEFF | NICHOLAS G. DEMMO | BRADLEY R. WILSON |
| STEVEN A. ROSENBLUM | IGOR KIRMAN | GRAHAM W. MELI |
| JOHN F. SAVARESE | JONATHAN M. MOSES | GREGORY E. PESSIN |
| SCOTT K. CHARLES | T. EIKO STANGE | CARRIE M. REILLY |
| JODI J. SCHWARTZ | WILLIAM SAVITT | MARK F. VEBLEN |
| ADAM O. EMMERICH | GREGORY E. OSTLING | SARAH K. EDDY |
| RALPH M. LEVENE | DAVID B. ANDERS | VICTOR GOLDFELD |
| RICHARD G. MASON | ADAM J. SHAPIRO | RANDALL W. JACKSON |
| ROBIN PANOVKA | NELSON O. FITTS | BRANDON C. PRICE |
| DAVID A. KATZ | JOSHUA M. HOLMES | KEVIN S. SCHWARTZ |
| ILENE KNABLE GOTTS | DAVID E. SHAPIRO | MICHAEL S. BENN |
| ANDREW J. NUSSBAUM | DAMIAN G. DIDDEN | ALISON Z. PREISS |
| RACHELLE SILVERBERG | IAN BOCZKO | TIJANA J. DVORNIC |
| STEVEN A. COHEN | MATTHEW M. GUEST | JENNA E. LEVINE |
| DEBORAH L. PAUL | DAVID E. KAHAN | RYAN A. McLEOD |
| DAVID C. KARP | DAVID K. LAM | ANITHA REDDY |
| RICHARD K. KIM | BENJAMIN M. ROTH | JOHN L. ROBINSON |
| JOSHUA R. CAMMAKER | JOSHUA A. FELTMAN | JOHN R. SOBOLEWSKI |
| MARK GORDON | ELAINE P. GOLIN | STEVEN WINTER |

| | |
|---|---|
| EMILY D. JOHNSON | |
| JACOB A. KLING | |
| RAAJ S. NARAYAN | |
| VIKTOR SAPEZHNIKOV | |
| MICHAEL J. SCHOBEL | |
| ELINA TETELBAUM | |
| ERICA E. AHO | |
| LAUREN M. KOFKE | |
| ZACHARY S. PODOLSKY | |
| RACHEL B. REISBERG | |
| MARK A. STAGLIANO | |
| CYNTHIA FERNANDEZ LUMERMANN | |
| CHRISTINA C. MA | |
| NOAH B. YAVITZ | |
| BENJAMIN S. ARFA | |
| NATHANIEL D. CULLERTON | |
| ERIC M. FEINSTEIN | |
| ADAM L. GOODMAN | |
| STEVEN R. GREEN | |
| MENG LU | |

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

| | |
|---|---|
| ANDREW R. BROWNSTEIN | TREVOR S. NORWITZ |
| MICHAEL H. BYOWITZ | ERIC S. ROBINSON |
| KENNETH B. FORREST | ERIC M. ROSOF |
| BEN M. GERMANA | MICHAEL J. SEGAL |
| SELWYN B. GOLDBERG | WON S. SHIN |
| PETER C. HEIN | DAVID M. SILK |
| JB KELLY | ELLIOTT V. STEIN |
| JOSEPH D. LARSON | LEO E. STRINE, JR.* |
| LAWRENCE S. MAKOW | PAUL VIZCARRONDO, JR. |
| PHILIP MINDLIN | JEFFREY M. WINTNER |
| THEODORE N. MIRVIS | AMY R. WOLF |
| DAVID S. NEILL | MARC WOLINSKY |

* ADMITTED IN DELAWARE

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | MICHAEL W. HOLT |
| SUMITA AHUJA | DONGHWA KIM |
| FRANCO CASTELLI | MARK A. KOENIG |
| ANDREW J.H. CHEUNG | CARMEN X.W. LU |
| PAMELA EHRENKRANZ | J. AUSTIN LYONS |
| ALINE R. FLODR | ALICIA C. McCARTHY |
| KATHRYN GETTLES-ATWA | JUSTIN R. ORR |
| LEDINA GOCAJ | NEIL M. SNYDER |
| ADAM M. GOGOLAK | JEFFREY A. WATIKER |
| ANGELA K. HERRING | |

Direct Dial: (212) 403-1329
Direct Fax: (212) 403-2329
E-Mail: WDSavitt@wlrk.com

October 4, 2024

<u>VIA ECF</u>

Honorable Dale E. Ho
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

     Re:  *Creditincome Limited, et al.* v. *The Swiss Confederation*,
        1:24-cv-04316-DEH

Dear Judge Ho:

  We are counsel for Defendant The Swiss Confederation. Defendant's current deadline to respond to the complaint is October 14, 2024. With Plaintiffs' agreement, we jointly request that the Court enter an order extending Defendant's time to respond to the complaint to December 4, 2024, Plaintiffs' time to file an amended complaint to January 8, 2025, and Defendant's time to respond to the amended complaint to February 3, 2025.

  Plaintiffs previously requested adjournment of the initial case management conference because Defendant had not yet been served. This is the parties' first request for an extension of

WACHTELL, LIPTON, ROSEN & KATZ

Honorable Dale E. Ho
October 4, 2024
Page 2

responsive pleading deadlines and is made to accommodate pre-existing obligations in October and November.

      The parties respectfully request that the Court schedule the initial case management conference after February 3, 2025.

      We thank the Court for its consideration.

      Respectfully submitted,

      William Savitt

CC:    Anitha Reddy, Esq.
       Wachtell, Lipton, Rosen & Katz

       Dennis H. Hranitzky, Esq.
       Debra O'Gorman, Esq.
       Alex Loomis, Esq.
       Tanner Lyon, Esq.
       Quinn Emanuel Urquhart & Sullivan, LLP