UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREDITINCOME LIMITED, *et al.*,<br><br>                              *Plaintiffs*,<br><br>    v.<br><br>THE SWISS CONFEDERATION,<br><br>                              *Defendant.* | Case No. 24-cv-4316 (DEH) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anitha Reddy of Wachtell, Lipton, Rosen & Katz hereby enters her appearance as counsel for Defendant the Swiss Confederation. I certify that I am admitted to practice in this Court.

By filing this notice of appearance, Defendant does not waive, and specifically preserves, its right to assert any and all defenses in this matter, including but not limited to defenses that this Court lacks subject-matter jurisdiction and personal jurisdiction over Defendant, and defenses to the recognition and enforcement in Switzerland or in any other foreign jurisdiction of any judgment that may be rendered in this case.

                                                Respectfully submitted,

Dated: December 4, 2024  
New York, New York

                                                Anitha Reddy  
                                                Wachtell, Lipton, Rosen & Katz  
                                                51 West 52nd Street  
                                                New York, New York 10019  
                                                Telephone: (212) 403-1000  
                                                Facsimile: (212) 403-2000  
                                                Email: areddy@wlrk.com