UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREDITINCOME LIMITED, *et al.*,<br><br>                              *Plaintiffs*,<br><br>v.<br><br>THE SWISS CONFEDERATION,<br><br>                              *Defendant*. | Case No. 24-cv-4316 (DEH) |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Declaration of Anitha Reddy and the exhibits thereto, Declaration of Ulysses von Salis, and all prior pleadings and proceedings in this action, defendant the Swiss Confederation, by its undersigned counsel, will respectfully move this Court, before the Honorable Dale E. Ho, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 905, New York, New York 10007, for an order dismissing the complaint, dated June 6, 2024, under Federal Rule of Civil Procedure 12(b)(1) and (2) for lack of jurisdiction, under the *forum non conveniens* doctrine, or under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, and for such other relief as this Court deems just and proper.

Dated: December 4, 2024
New York, New York

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ William Savitt

William Savitt
Anitha Reddy
Alexis J. Abboud

51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for the Swiss Confederation*

2