UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREDITINCOME LIMITED, *et al.*,<br><br>                            *Plaintiffs*,<br><br>         v.<br><br>THE SWISS CONFEDERATION,<br><br>                            *Defendant*. | Case No. 24-cv-4316 (DEH) |

**DECLARATION OF ANITHA REDDY**

I, Anitha Reddy, at 51 West 52nd Street, New York, New York 10019, declare:

1. I am a member of the firm of Wachtell, Lipton, Rosen & Katz, counsel to defendant the Swiss Confederation in the above-captioned action, and am authorized to practice law in this Court. I respectfully submit this declaration in support of the Swiss Confederation's motion to dismiss the complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of the prospectus, including the terms and conditions, for the Additional Tier 1 (AT1) notes issued by Credit Suisse Group AG ("Credit Suisse") on December 11, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of the prospectus, including the terms and conditions, for the AT1 notes issued by Credit Suisse on June 18, 2014.

4. Attached hereto as Exhibit 3 is a true and correct copy of the prospectus, including the terms and conditions, for the AT1 notes issued by Credit Suisse on July 16, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of the prospectus, including the terms and conditions, for the AT1 notes issued by Credit Suisse on September 12, 2018.

6. Attached hereto as Exhibit 5 is a true and correct copy of the prospectus, including

the terms and conditions, for the AT1 notes issued by Credit Suisse on August 21, 2019.

7. Attached hereto as Exhibit 6 is a true and correct copy of the prospectus, including the terms and conditions, for the AT1 notes issued by Credit Suisse on January 24, 2020.

8. Attached hereto as Exhibit 7 is a true and correct copy of the prospectus, including the terms and conditions, for the AT1 notes issued by Credit Suisse on August 11, 2020.

9. Attached hereto as Exhibit 8 is a true and correct copy of the prospectus, including the terms and conditions, for the AT1 notes issued by Credit Suisse on December 9, 2020.

10. Attached hereto as Exhibit 9 is a true and correct copy of the prospectus, including the terms and conditions, for the AT1 notes issued by Credit Suisse on June 23, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: December 4, 2024
New York, New York

Anitha Reddy
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: areddy@wlrk.com