UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Creditincome Limited et al.,<br><br>                         Plaintiffs,<br><br>v.<br><br>The Swiss Confederation.,<br><br>                         Defendant. | 24 Civ. 4316 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **February 26, 2025,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **March 5, 2025,** at **10:00 A.M. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.

Should the Court ultimately deny Defendant's pending Motion to Dismiss, ECF No. 84, the parties shall submit an amended proposed case management plan with dates certain within two weeks of the Court's decision.

SO ORDERED.

Dated: March 4, 2025
       New York, New York

_____
DALE E. HO
United States District Judge