UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREDITINCOME LIMITED, *et al.*,<br><br>         *Plaintiffs*,<br><br>    v.<br><br>THE SWISS CONFEDERATION,<br><br>         *Defendant*. | Case No. 24-cv-4316 (DEH) |

### SECOND DECLARATION OF ANITHA REDDY

I, Anitha Reddy, at 51 West 52nd Street, New York, New York 10019, declare:

1. I am a member of the firm of Wachtell, Lipton, Rosen & Katz, counsel to defendant the Swiss Confederation in the above-captioned action, and am authorized to practice law in this Court. I respectfully submit this second declaration in further support of the Swiss Confederation's motion to dismiss the complaint.

2. Attached hereto as Exhibit 1 is a transcript, prepared by our firm, of the interview of plaintiffs' counsel Dennis Hranitzky of Quinn Emanuel Urquhart & Sullivan, LLP on Bloomberg TV on June 6, 2024, in a segment titled "Credit Suisse Bondholders Take AT1 Campaign to New York."

3. Attached hereto as Exhibit 2 is a true and correct copy of the press release titled "Quinn Emanuel Represents Over 1,000 Investors in AT1 Bonds in Fight Against FINMA Decision" dated May 4, 2023, and available at https://www.at1action.com/resources, a website launched by Quinn Emanuel Urquhart & Sullivan, LLP. *See* https://www.quinnemanuel.com/the-firm/news-events/quinn-emanuel-launches-new-at1-bondholder-website/.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: May 5, 2025  
New York, New York

Anitha Reddy  
Wachtell, Lipton, Rosen & Katz  
51 West 52nd Street  
New York, New York 10019  
Telephone: (212) 403-1000  
Facsimile: (212) 403-2000  
Email: areddy@wlrk.com