UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CREDITINCOME LIMITED, *et al.*,

                *Plaintiffs*,

v.

THE SWISS CONFEDERATION,

                *Defendant*.

Case No. 24-cv-4316 (DEH)

---

### MOTION TO WITHDRAW THE APPEARANCE OF ALEXIS J. ABBOUD

Pursuant to Local Civil Rule 1.4, Alexis J. Abboud hereby respectfully seeks leave to withdraw her appearance on behalf of Defendant the Swiss Confederation in the above-captioned action. In support, the undersigned states as follows:

1. I have previously appeared in this matter as counsel for Defendant the Swiss Confederation.

2. Defendant the Swiss Confederation's Motion to Dismiss the Amended Complaint is fully-briefed and currently pending before the Court. *See* ECF Nos. 85, 92, 95.

3. As of August 1, 2025, I will no longer be associated with Wachtell, Lipton, Rosen & Katz.

4. I will not be asserting a retaining or charging lien.

5. My withdrawal will cause no delay or prejudice as Defendant the Swiss Confederation will continue to be represented by other counsel of record from Wachtell, Lipton, Rosen & Katz in this action.

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate Attorney Alexis J. Abboud from the docket in this case. The Clerk of Court is also respectfully directed to terminate ECF No. 103.

Dated: July 31, 2025
New York, New York

*/s/ Dale E. Ho*
Dale E. Ho
United States District Judge

<table>
<tr><td>Dated: July 30, 2025<br>New York, New York</td><td>Respectfully submitted,<br><br>/s/ Alexis J. Abboud<br>Alexis J. Abboud<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000<br>Email: ajabboud@wlrk.com</td></tr>
</table>