**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CREDITINCOME LIMITED et al.,

                      Plaintiffs,

      -against-                                       24 **CIVIL** 4316 (DEH)

                                                             **<u>JUDGMENT</u>**

THE SWISS CONFEDERATION,

                      Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, Switzerland's Motion to Dismiss is **GRANTED**. The Amended Complaint is dismissed with prejudice for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York

       September 30, 2025

                                                              **TAMMI M. HELLWIG**
                                                                **Clerk of Court**

                         **BY:**          *K. Mango*

                                                                **Deputy Clerk**