UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREDITINCOME LIMITED, *et al.*,<br><br>                  Plaintiffs,<br><br>      v.<br><br>THE SWISS CONFEDERATION,<br><br>                  Defendant. | Case No.: 24-cv-04316-DEH |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order and final Judgment, entered September 30, 2025 (Dkts. 105 & 106), and from each and every part thereof, and any related rulings.

DATED: October 27, 2025  Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Dennis H. Hranitzky
Dennis H. Hranitzky
Tanner S. Lyon (*Pro hac vice*)
2755 E. Cottonwood Pkwy, Ste. 430
Salt Lake City, UT 84121
801-515-7300 Main Office Number

Jeremy D. Andersen (*Pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3000 Main Office Number

Debra D. O'Gorman
295 5th Avenue
New York, NY 10016
212-849-7000 Main Office Number

Alex H. Loomis (*Pro hac vice*)
111 Huntington Ave, Suite 520
Boston, MA 02199
617-712-7100 Main Office Number

WOLLMUTH MAHER & DEUTSCH LLP

David H. Wollmuth
Joshua M. Slocum
Sean P. McGonigle
500 Fifth Avenue
New York, NY 10110
212-382-3300 Main Office Number

*Counsel for Plaintiffs*

2